**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**ARAMIS CESAR MORALES,**          Case No. 12-35230-BKC-RAM
**MARIA NILDA SBARDELLA,**          Chapter 7

     Debtors.
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the Order Approving Employment of Accountants Nunc Pro Tunc to September 9, 2014 (ECF #203) was served on all electronic recipients via CM/ECF and via US Mail as indicated below on this 22nd day of September, 2014.

**Served via US Mail:**

Aramis Morales & Maria Sbardella
1700 NW North River Dr, #203
Miami, FL  33125

                                                                           /s/ Jazmin Padilla
                                                   Jazmin Padilla, paralegal to
                                                   KapilaMukamal, LLP
                                                   One SE 3rd Ave, Ste 21508
                                                   Miami, Florida 33131
                                                   Telephone: (786) 517-5771